1022

Mitchell CINADER, Petitioner, v. FEDER-
AL TRADE COMMISSION, Respondent.

No. 211.

Circuit Court of Appeals, Second Circuit.

April 24, 1944.

Arthur D. Herrick, of New York City,
for petitioner.

W. T. Kelley, Chief Counsel, Joseph J.
Smith, Jr., Asst. Chief Counsel, and Dono-
van R. Divet, Sp. Atty., for Federal Trade
Commission, all of Washington, D. C., re-
spondent.

Before AUGUSTUS N. HAND,
CLARK, and FRANK, Circuit Judges.

PER CURIAM.

Petition dismissed, order of Federal
Trade Commission affirmed, and enforce-
ment of such order granted.

HARDEE COUNTY, a Municipal Corpora-
tion, Appellant, v. R. E. CRUMMER &
COMPANY, Appellee.

No. 10790.

Circuit Court of Appeals, Fifth Circuit.

April 5, 1944.

O. K. Reaves and Doyle E. Carlton, both
of Tampa, Fla., and W. W. Whitehurst, of
Wauchula, Fla., for appellant.

Joseph P. Lea, Jr., of Orlando, Fla., for
appellee.

Before SIBLEY, McCORD, and WAL-
LER, Circuit Judges.

PER CURIAM.

A careful consideration of the briefs
and record in this case convinces us that
the Court below was correct in the second
and third reasons assigned for dismissing
the amended complaint, and that it is un-
necessary for us to consider other grounds
assigned in support of the action of the
Court below.

The judgment is affirmed.

Louis BERG, Plaintiff-Appellant, v. PRINT-
ERS' INK PUBLISHING CO., Inc.,
Defendant-Appellee.

No. 263.

Circuit Court of Appeals, Second Circuit.

Feb. 28, 1944.

Bondy & Schloss, of New York City
(Norman Winer and Eugene L. Bondy,
both of New York City, of counsel), for
plaintiff.

Isaac W. Digges, of New York City, for
appellee.

Before SWAN, CHASE, and CLARK,
Circuit Judges.

PER CURIAM.

Order affirmed on opinion below, 54 F.
Supp. 795.